UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELVIN SPINOZA,

    Petitioner,

v.                                     CASE NO: 8:06-cv-1268-T-23TGW

RIVER COUNTRY ESTATES
HOMEOWNERS ASSN.,

    Respondent.
_____/

## ORDER

United States Magistrate Judge Thomas G. Wilson submits a report (Doc. 7) recommending denial of Melvin Spinoza's *pro se* notice of removal (Doc. 1) and motion (Doc. 2) to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). Spinoza filed an objection (Doc. 10) to the Magistrate Judge's report and recommendation. A review of Spinoza's *pro se* notice of removal and motion to proceed *in forma pauperis*, the Magistrate Judge's report and recommendation, and Spinoza's objection reveals no error in the Magistrate Judge's assessment. Accordingly, the Magistrate Judge's July 28, 2006, report and recommendation (Doc. 7) is **ADOPTED** and Spinoza's objections (Doc. 10) are **OVERRULED**. Based upon 28 U.S.C. § 1447(c), this action is **REMANDED**. Spinoza's motion (Doc. 2) to proceed *in forma pauperis*, his motion (Doc. 12) to extend the time to file a response to the motion to remand, and his "*pro se*

response to court's seeking more financial information as pertaining to pauper *pauperis*" (Doc. 11) are **DENIED AS MOOT**.

The Clerk is directed to (1) mail a certified copy of this order to the Clerk of Circuit Court for Hernando County, Florida, pursuant to 28 U.S.C. § 1447(c); (2) terminate all pending motions; and (3) close the file.

ORDERED in Tampa, Florida, on August 15, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: US Magistrate Judge
Courtroom Deputy