UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELVIN SPINOZA,

    Petitioner,

v.                                    CASE NO: 8:06-cv-1268-T-23TGW

RIVER COUNTRY ESTATES
HOMEOWNERS ASSN.,

    Respondent.
_____/

## **ORDER**

The petitioner filed a "motion to stay in state court proceedings" (Doc. 20) seeking to stay a concurrent state court proceeding. For an array of reasons, the motion (Doc. 20) is **DENIED**.

ORDERED in Tampa, Florida, on October 2, 2006.

_[signature]_
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy